**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES D. CHAVEZ, | ) | No. C 11-03919 EJD (PR) |
| Petitioner, | ) | ORDER VACATING JUDGMENT AND REOPENING CASE |
| vs. | ) | |
| WARDEN, | ) | |
| Respondent. | ) | |

Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus. On October 14, 2011, the Court dismissed the instant action for failure to pay the filing fee. (See Docket No. 3.)

On October 17, 2011, the Clerk received the filing fee with a letter dated September 1, 2011. (Docket No. 5.) Accordingly, the Judgment entered on October 14, 2011, (Docket No. 4) is VACATED. The Court will conduct an initial review of the petition in a separate order.

The Clerk shall reopen the file.

DATED: 2/13/2012

EDWARD J. DAVILA
United States District Judge

G:\PRO-SE\SJ.EJD\HC.11\03919Chavez_reopen.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JAMES D. CHAVEZ,

        Petitioner,

  v.

WARDEN,

        Respondent.

Case Number: CV11-03919 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 2/15/2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James D. Chavez T-27420
Pelican Bay State Prison
P. O. Box 7500
Crescent City, CA

Dated: 2/15/2012

                                   Richard W. Wieking, Clerk
                           /s/ By: Elizabeth Garcia, Deputy Clerk