**FILED**

NOV 20 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES D. CHAVEZ,<br><br>    Petitioner,<br><br>vs.<br><br>WARDEN,<br><br>    Respondent. | No. C 11-03919 EJD (PR)<br><br>JUDGMENT |

For the reasons stated in the order granting Respondent's motion to dismiss, this case is DISMISSED. Judgment is entered accordingly.

The Clerk shall close the file.

DATED: 11/20/12

EDWARD J. DAVILA
United States District Judge

Judgment
03919Chavez_judgment2.wpd

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES D. CHAVEZ, | Case Number CV 11-03919 EJD (PR) |
| Petitioner, | |
| v. | **CERTIFICATE OF SERVICE** |
| Warden, | |
| Respondent. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on __11/20/12__, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) inter-office delivery receptacle located in the Clerk's office.

**James D. Chavez**
T 27420
Corcoran State Prison
4001 King Avenue
P. O. Box 8800
4A-2L-#49
Corcoran, CA 93212-4636

DATED: __11/20/12__

Richard W. Wieking, Clerk
By: Elizabeth Garcia, Deputy Clerk